UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TOMMY FINLEY, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:05-CV-695-SNL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that the instant petition is **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that movant is **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this ___14th___ day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE